**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**TIMOTHY CRAIG TRUAX** **DOCKET NO. 2:25-cv-00415**

**VERSUS** **JUDGE JAMES D. CAIN, JR.**

**FELIPE MARTINEZ, JR.** **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

Before the court is a Report and Recommendation of the magistrate judge, recommending that this habeas petition be dismissed under Federal Rule of Civil Procedure 41(b) due to petitioner's failure to timely comply with the court's order directing him to provide a copy of the Disciplinary Hearing Report challenged under this proceeding. Doc. 8. In response petitioner filed timely objections, asserting that he never received the court's prior order. Doc. 9. He also provides a copy of the Disciplinary Hearing Report. Doc. 9, att. 1. The court finds no basis to doubt petitioner's representations, due to his timely-filed objections. Accordingly, **IT IS ORDERED** that the Report and Recommendation [doc. 8] be **DENIED** and that the Amended Petition [doc. 6], as supplemented by the Disciplinary Hearing Report [doc. 6], be **REFERRED** to the magistrate judge for further review.

**THUS DONE AND SIGNED** in Chambers on the 14th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**